**FILED**
January 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALI HASSAN AHMED, III<br><br>Defendant. | Case No. 2:21-mj-0005-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALI HASSAN AHMED, III Case No.  2:21-mj-0005-JDP  Charges 18 USC § 922(g)(1) and 924(a)(2) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   25,000 co-signed by Patrick Truman Mott

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Defendant's release delayed until 1/20/2021 at 9:00AM. Defendant will be released to his mother, Eleanor Ahmed. Ms. Ahmed will pick up defendant from the jail and travel directly to the defendant's residence in NDNY, and Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on January 19, 2021 at 12:00 PM

Dated:  January 19, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE